No. 578. JOSEPH PAOLUCCI, PETITIONER, v. THE UNITED STATES. February 24, 1908. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Wilton J. Lambert* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

No. 586. CITY OF ST. CHARLES, PETITIONER, v. CHARLES A. STOOKEY. February 24, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Shepard Barclay* and *Mr. Thomas T. Fauntleroy* for petitioner. *Mr. Charles Nagel* for respondent.

No. 589. FISHER BOOK TYPEWRITER COMPANY ET AL., PETITIONER, v. FREDERIC W. HILLARD. February 24, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. William A. Redding* for petitioners. *Mr. Thomas B. Kerr* and *Mr. John C. Kerr* for respondent.

No. 592. MAX ALEXANDER, PETITIONER, v. MILLS B. LANE ET AL. February 24, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William Garrard, Mr. P. W. Meldrim* and *Mr. Garrard Glenn* for petitioner. *Mr. Robert M. Hitch* for respondents.

No. 594. COUNTY OF HAMILTON, ILL., PETITIONER, v. MONT-PELIER SAVINGS BANK AND TRUST COMPANY. February 24,

1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.. *Mr. Samuel Alschuler* and *Mr. Charles R. Holden* for petitioner. *Mr. John F. Dillon, Mr. Harry Hubbard* and *Mr. C. B. Masslich* for respondent.

No. 597. CHARLES M. SMITH, SR., ET AL., PETITIONERS, *v.* THE UNITED STATES. February 24, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. A. S. Worthington* and *Mr. R. B. Oliver* for petitioners. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Russell* for respondent.

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM JANUARY 7 TO FEBRUARY 24, 1908.

No. 108. JOHN H. PHILLIPS ET AL., PLAINTIFFS IN ERROR, *v.* W. E. BARRETT ET AL. In error to the Supreme Court of Appeals of the State of Virginia. January 10, 1908. Dismissed with costs, pursuant to the tenth rule. *Mr. R. M. Hudson* for plaintiffs in error. *Mr. Jno. W. Friend* for defendants in error.

No. 126. MODASTO MUNITIZ AGUIRRE, APPELLANT, *v.* SOBRINOS DE EZQUIAGA. Appeal from the Supreme Court of Porto Rico. January 15, 1908. Dismissed with costs, pursuant to the tenth rule. *Mr. Charles Hartzell* for appellant. *Mr. John Maynard Harlan* for appellee.

No. 127. MODESTO MUNITIZ AGUIRRE, APPELLANT, *v.* SOBRINOS DE EZQUIAGA. Appeal from the Supreme Court of